UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAZIL, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-00766-CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 6, 2022, this matter was referred to the post-screening ADR pilot project and was stayed.  The settlement conference was conducted on January 11, 2023 and the case did not settle.  As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The stay of this action is lifted; and

　　　　2. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated:  February 23, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
12/cros0766.nosettle.docx　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1