UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS, | No. 2:21-cv-0766 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BRAZIL, et al., | |
| Defendants. | |

Defendants have filed a motion asking that the court compel inmate Robert Moore to sit for deposition. It appears that the motion was not served on inmate Moore. Therefore, the court will permit defendants the opportunity to serve their motion to compel on inmate Moore and will grant inmate Moore an opportunity to respond to the motion.

Also, defendants seek an extension of the deadline for filing pretrial motions. Good cause appearing, that request will be granted. The current deadline will be vacated and reset, if necessary, after discovery is closed and after the court resolves defendants' motion for summary judgement for failure to exhaust administrative remedies.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted five days within which to serve their motion to compel (ECF No. 30) and a copy of this order on inmate Robert Moore. Defendants shall file a certificate of
/////

1

service with the court.  Inmate Moore is granted 21 days from service of the motion to respond to the motion.

    2.  Defendants' request for an extension of the deadline for filing pretrial motions (ECF No. 34) is granted.   The current deadline is vacated and will be reset, if necessary, after discovery is closed and after the court resolves defendants' motion for summary judgement for failure to exhaust administrative remedies.

Dated:  October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cros0766.mtc

2