UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAZIL, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0766 CKD P<br><br><br>ORDER |

　　　Defendants have filed a motion asking that the court compel plaintiff to respond to defendant Tsushko's requests for production of documents and interrogatories 1-14 and 22. Plaintiff has not responded to the motion.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff file a response to defendants' motion to compel within 30 days.

　　　2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow court orders.

Dated: October 24, 2023

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cros0766.mtc(2)