UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRAZIL, et al.,<br><br>　　　　　　Defendants. | No.  2:21-cv-0766 CKD P<br><br><br>ORDER |

　　　Defendants have filed a motion asking that the court compel inmate Robert Moore to sit for deposition.  Despite being given the opportunity to do so, Mr. Moore has not responded to the motion.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to compel (ECF No. 30) is granted;

　　　2. Robert Moore, CDCR Inmate No. E96523, shall participate in an oral deposition to be conducted by counsel for defendants in this case within 30 days;

　　　3. The Clerk of the Court shall serve a copy of this order upon:

　　　　　　Robert Moore, E96523
　　　　　　P.O. Box 409099
　　　　　　Ione, CA 95640

/////

/////

1

4. Mr. Moore is informed that if he refuses to be deposed or refuses to cooperate at his deposition in any material way, he may be held in contempt of court pursuant to Rule 45(g) of the Federal Rules of Civil Procedure.

Dated: November 17, 2023

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
cros0766.mtc(3)

2