# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS, | Case No.:  2:21-cv-00766-DJC-CKD (PC) |
|     Plaintiff, | |
|   v. | **ORDER** |
| BRAZIL, | |
|     Defendant. | |

On March 20, 2024, Magistrate Judge Carolyn K. Delaney issued Findings and Recommendations recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  *See* ECF No. 43.  The Findings and Recommendations were submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l) and provided any party fourteen (14) days after service to file written objections with the Court and serve a copy on all parties.  *Id*.  On March 21, 2024, no objections having been filed, this Court issued an Order adopting the Magistrate Judge's findings and recommendations in full and dismissed this action.  *See* ECF No. 44.  Judgment was issued immediately thereafter.  *See* ECF No. 45.

1  Now before the Court is Plaintiff's Motion for Reconsideration of the Court's
2  Order and Defendant's Response.  *See* ECF Nos. 46 and 47.  Upon review of the
3  briefing, the Court finds that Plaintiff's Motion for Reconsideration fails to meet any of
4  the grounds specified in Federal Rule of Civil Procedure 60(b) and does not meet the
5  requirements of Local Rule 230(j).  Accordingly, Plaintiff's Motion for Reconsideration,
6  ECF No. 46, is DENIED.
7  IT IS SO ORDERED.
8
9  Dated:  June 7, 2024
          _____
10         THE HONORABLE DANIEL J. CALABRETTA
           UNITED STATES DISTRICT JUDGE

2